IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _05-10641_   U.S. District Court Case No. _CR 02-133 ER_

Short Case Title _USA v. Cassidy_

Date Notice of Appeal Filed by Clerk of District Court _____

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | ~~Voir Dire~~ |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| 8/31/05 | Stephen B. Platt | Other (please specify) _sentencing as to Defendant Cassidy_ |

(additional page for designations if necessary)

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
FEB 16 2006
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(✓) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered _February 15, 2006_   Estimated date for completion of transcript _____

Print Name of Attorney _Alvin K. Nishimura_   Phone Number _808 256-0461_

Signature of Attorney _____

Address _P.O. Box 4510 Kaneohe, HI 96813_

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____   Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

~~Walter A.Y.H. Chinn~~ SUE BEITIA  _____   BY: _____
(U.S. District Court Clerk)   (date)   DEPUTY CLERK

