CASE CITES

(1) New York Life Insurance Co. v. Brown, 84 F.3d 137, (5th Cir. (1996)

(2) Fort Leavenworth Railway Co. v. Iowa, 114 US 525 @ 531 (1885)

(3) 3 Wheat @ 386-87

(4) U.S. v. Bevans, 16 US (3 Wheat) 336 (1818)

(5) 17 Johns., @ 233

(6) 10 Pet., @ 737

(7) 44 US @ 223

(8) 44 US @ 228-29

(9) U.S. v. Bensen, 495 F.2d 475, @ 481 (1974)

(10) Hanford v. Davis, 16 S.Ct. 1051, 163 US 273, 41 L.Ed 157 (1886)
U.S. v. Chiarito, 69 Fed Supp. 317 (D. Or. 1946)

(11) Jones v. U.S., 137 US 202, 11 S.Ct. 80 (1890)

(12) U.S. v. Rogers, 23 Fed 658 (D.C., W.D. Ark. 1885)

(13) Adams v. United States, 319 US, 63 S.Ct. 1122, 87 L.Ed 1421 (1943)

(14) Standard v. Olesen, 98 L.Ed 1151, 74 S.Ct. 768 (1954)
Burks v. Laskak, 441 US 471, 60 L.Ed. 2d 404, 99 S.Ct. 1831 (1979)