EXHIBIT LIST

(A)  UCC Financing Statement: manifesting the Debtor and the Creditor.

(B)  Private Agreement TLC-062570: manifesting the contractual nexes between the Defendant/Debtor TERRY LEROY CASSIDY, and the Secured Party/Creditor Terry Le Roy Cassidy.

(C)  Hold Harmless Indemnity Agreement TLC-062570-HHIA: manifesting the fact the Creditor Terry Le Roy Cassidy, cannot be held as a surety or accommodation party for the Defendant/Debtor TERRY LEROY CASSIDY.

(D)  Affidavit attached to Certificate of Live Birth: manifesting it was not the Informants intent, whom executed the document, to establish any evidence the flesh-and-blood child was chattel, or property of anyone. The Birth of the natural child indentifies a Sovereign.

(E)  Certificate of Live Birth: manifesting the existence of the strawman.

(F)  Certificate of Sovereign Status: manifesting the lawful status of the Secured Party/Creditor being held unlawfully as surety for the Debtor.

(G)  ~~Accepted for Value Indictment: the cover page of the Second Superceding Indictment that has been stamped and endorsed, evidencing the presentment was Accepted for Value and Judgement is satisfied.~~ TC

(H)  ~~Bill of Exchange: manifesting "Judgement is Satisfied".~~ TC

(I)  ~~Transfer Notice: manifesting "Judgement is Satisfied".~~ TC

(J)  Notice of Common Law Trademark: manifesting any unauthorized use in business of the Secured Party's Common Law Trademark carries heavy unauthorized use fees.

(K)  Affidavit of Publication: manifesting the 30 days public notice given so as to establish the Common Law Trademark.