

This ACKNOWLEDGEMENT reflects the information on file with the Washington State Department of Licensing.

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

TERRY LEROY CASSIDY
2711 WILLOW ST
YAKIMA WA 98902

Date of Filing: Aug 18, 2004
Time of Filing: 05:00 PM
File Number: 2004-231-5637-1

A Continuation Statement may be filed within six months of the Lapse Date of: NONE

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

OR

1b. INDIVIDUAL'S NAME: CASSIDY | FIRST NAME: TERRY | MIDDLE NAME: LEROY | SUFFIX:

1c. MAILING ADDRESS: 2711 WILLOW ST. | CITY: YAKIMA | STATE: WA | POSTAL CODE: 98902 | COUNTRY: USA

1d. TAX ID#: SSN OR EIN: 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 | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

OR

3b. INDIVIDUAL'S NAME: Cassidy | FIRST NAME: Terry | MIDDLE NAME: LeRoy | SUFFIX:

3c. MAILING ADDRESS: 2711 Willow Street | CITY: Yakima | STATE: WA | POSTAL CODE: 98902 | COUNTRY: USA

This FINANCING STATEMENT covers the following collateral:

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG.LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable]

7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA

10. Check only if applicable and check only one box
☒ Debtor is a TRANSMITTING UTILITY or   ☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years or   ☐ Filed in connection with a Public-Finance Transaction - effective 30 years

ACKNOWLEDGEMENT COPY - NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV.07/29/98)

Exhibit (A)

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

In Care of:
2711 Willow Street
Yakima  98902
Washington
Terry LeRoy Cassidy

1 0 7 3 2 3 1

081804   20.00

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| CASSIDY | TERRY | LEROY | |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 2711 WILLOW ST. | YAKIMA | WA / 98902 | USA |

2d. 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

3. SECURED PARTY'S NAME

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Cassidy | Terry | LeRoy | |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 2711 Willow Street | Yakima | WA / near(98902) | USA |

4. This FINANCING STATEMENT covers the following collateral:

All of debtor's assets, land, and personal property, and all debtor's interest in said assets, land, and personal property, now owned and hereinafter acquired, now existing and hereinafter arising, and wherever located, described fully in Security Agreement No. TLC-072504-SA dated the Twenty-Seventh Day of the Seventh Month in the Year of Our Lord Two Thousand and Four, in favor of assignee, new secured party of record, Terry LeRoy Cassidy. Inquiring parties may consult the debtor and new secured party of record, for ascertaing, in detail, the financial relationship between debtor and new secured party of record, identified in security agreement referenced above. Adjustment of this filing is in accordance with UCC.

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Exhibit (A) cont.

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT
- 9a. ORGANIZATION'S NAME
- 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX
- 10. MISCELLANEOUS:

1 0 7 3 2 3 1

081804   20.00

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names
- 11a. ORGANIZATION'S NAME
- 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
- 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
- 11d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any ☐ NONE

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)
- 12a. ORGANIZATION'S NAME
- 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
- 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.
14. Description of real estate:

16. Additional collateral description:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☒ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

Exhibit (A) Cont.