PRIVATE AGREEMENT
Non-negotiable--Private Between the Parties
No. TLC-o62570

PARTIES:

Debtor: TERRY LEROY CASSIDY
2450 Laurelhurst Dr.
Eugene, OR 97402
TERRY LEROY CASSIDY, and any
and all derivitives in the
spelling of said name. Debtor's
Social Security Number 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

Creditor: In Care of:
2450 Laurelhurst Dr.
Oregon Republic
Terry LeRoy Cassidy

This Agreement is mutually agreed upon and entered into this Twenty-fifth day of the Sixth month in the Year of Our Lord Nineteen Hundred and Seventy, between the juristic person, TERRY LEROY CASSIDY, and any and all derivatives and variations in the spelling of said name, except "Terry LeRoy Cassidy", hereinafter jointly and severally "Debtor", and the living, breathing, flesh-and-blood man, known by the distinctive appellation Terry LeRoy Cassidy, hereinafter "Creditor".

In consideration for the Creditor (a) constituting the source, origin, substance, and being, i.e. basis of "pre-existing claim", from which the existence of Debtor is derived, and the basis opon which Debtor functiions as a transmitting utilitiy, i.e. serves as a conduit, granting Creditor capacity for interacting, contracting, and exchanging goods and services in commerce with artificial/juristic persons; (b) constituting the source of Debtor's assets, via the sentient existence, exercise of faculties, and labor of Creditor, which provides valuable consideratiion sufficient for supporting any contract whatsoever that Debtor may execute and concerning which Debtor may be regarded as bound, and (c) providing the security of all sums now due and owing, and as might become due and owing, by Debtor, for valuable consideration does hereby and herewith Agree and Covenant that Debtor shall undertake the obligations of (i) functioning and serving as a transmitting utility for the benefit of the Creditor, granting Creditor ability for engaging in commerce with other juristic persons, and (ii) indemnifying, defending, and holding Creditor harmless from and against all liability claims, demands, costs, losses, liens, levies, depositions, lawsuits, legal actions, penalties, fines, interests, and expenses whatsoever, both absolute and contingent, due and as might become due, now existing and hereinafter arising, howsoever evidenced, suffered, incurred by, and imposed on Debtor, and for whatever reason, purpose, and cause whatsover. Debtor for valuable consideration, does hereby and herewith expressly acknowledge, consent, and agree that Creditor cannot and must not, under any circumstances, nor in any manner whatsoever, be deemed an accommodation party, nor a surety, for Debtor.

PRIVATE AGREEMENT No. TLC-062570

Page 1 of 3

Exhibit (B)

Appellation. In this Privacy Agreement the term "appellation" means: a general term that introduces and specifies a particular term which may be used in addressing, greeting, calling out for, and making appeals of a living, breathing, flesh-and-blood man.

Conduit. In this Private Agreement the term "conduit" signifies a means of transmitting and distributing energy and the effects/produce of labor, such as goods and services, via the name "TERRY LEROY CASSIDY", also known by any and all variations and derivatives in the spelling of said name of Debtor, except "Terry LeRoy Cassidy.

Creditor. In this Private Agreement the term "Creditor" means Terry LeRoy Cassidy

Debtor. In this Private Agreement the term "Debtor" means TERRY LEROY CASSIDY, also known by any and all derivatives and variations in the spelling of said name except Terry LeRoy Cassidy.

Derivative. In this Private Agreement the term "derivative means coming from another; taking from something proceding; secondary; that which was not from the origin in itself; but obtains existence from something foregoing and of a more primal and fundamental nature; anything derived from another.

Ens legis. In this Private Agreement the term "ens legis" means a creature of the law; an artificial being; as contrasted with a natural person, such as corporations, considered as deriving their existence entirely from law.

TERRY LEROY CASSIDY. In this Private Agreement the term "TERRY LEROY CASSIDY" means any and all derivatives and variations in the spelling of said n except "Terry LeRoy Cassidy", presently being Common Law Copyrighted. All rights reserved.

Terry LeRoy Cassidy. In this Private Agreement the term "Terry LeRoy Cassidy" means the sentient, living being known by the distict appellation "Terry LeRoy Cassidy". All Rights Reserved.

Juristic Person. In this PTIVATE AGREEMENT THE TERM "JURISTIc person" means an abstract, legal entity, ens legis, such as a corporation, created by construct of law and considered as possessing certain righand duties of a human being; an imaginary entity, such as the Debtor, i.e. TERRY LEROY CASSIDY, which, on the basis of legal reaoning, is legally treated as a human being for the purpose of conducting commercial activity for the benefit of a biological, living being, such as Creditor.

Living, breathing, flesh-and-blood man. In this Private Agreement the term "living, breathing, flesh-and-blood man" means the Creditor, Terry LeRoy Cassidy, a sentient, living being, as distinguished from an artificial legal construct, ens legis, i.e. a juristic person, created by construct of law.

Non obstante. In this Private Agreement the term "non obstante" means: words anciently used in public and private instruments with the intent of precluding, in advance, any interpretation other than certain declared objects, purposes.

There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent. CRUDEN V. NEALE, 2 N.C. 338 (1796) 2 S.E. 70

PRIVATE AGREEMENT No. TLC-062570-PA

Exhibit (B) cont.

Private Agreement. In this Private Agreement the term "Private Agreement" means the written express, Private Agreement No. TLC-062570-PA date the Twenty-fifth day of the Sixth month in the Year of Our Lord, Nineteen Hundred and Seventy, between Creditor and Debtor, together with all modifications of and substitutions for said PRIVATE AGREEMENT.
Sentient, Living being. In this Private Agreement the term "sentient, living being" means the Creditor, i.e. Terry LeRoy Cassidy, a living breathing, flesh-and-blood man, as distinguished from an abstract legal construct such as an artificial entity, juristic person, corporation, partnership, association, and the like.
Signature. See UCC §3-401(b) (what is considered a signature).
Transmitting Utility. In this Private Agreement the term "transmitting utility" means a conduit, i.e. the Debtor, i.e. TERRY LEROY CASSIDY.
UCC. In this Private Agreement the term "UCC" means the uniform Commercial Code.

This is a continuing Private Agreement and perpetuates in effect until death, i.e. the permanent cessation of all vital functions and faculties, of Creditor.

This Private Agreement No. TLC-062570-PA is dated this Twenty-fifth day of the Sixth mohe Year of Our Lord, Nineteen Hundred and Seventy.

Debtor: TERRY LEROY CASSIDY
<u>TERRY LEROY CASSIDY</u>
Debtor's Signature

Creditor accepts Debtor's signature in accord with UCC §§ 1-201 (39), 3-401(b)

Creditor's Signature

<u>Terry LeRoy Cassidy, Agent</u>
Creditor's Signature

PRIVATE AGREEMENT No. TLC-062570-PA
Page 3 of 3

Exhibit (B) cont.