HOLD HARMLESS AND INDEMNITY AGREEMENT
Non-negotiable---Private Between the Parties
TLC-062570-HHIA

PARTIES

| Debtor: | CASSIDY, TERRY LEROY  trade name | Creditor: | In Care of: |
|---|---|---|---|
| | 2450 Laurelhurst Dr. | | 2450 Laurelhurst Dr. |
| | Eugene, OR 97405 | | Eugene 97405 |
| | (TERRY LEROY CASSIDY, and any and all | | Oregon Republic |
| | derivatives and variations in the spelling | | Terry LeRoy Cassidy |
| | of said name.) | | |

Debtor's Social Security Account Number: 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

This Hold Harmless and Indemnity Agreement is mutually agreed upon and entered into this Twenty-fifth day of the Sixth month in the Year of Our Lord, Nineteen Hundred and Seventy between the juristic person, TERRY LEROY CASSIDY, and any and all derivatives and variations in the spelling of said name except "Terry LeRoy Cassidy", hereinafter jointly and severally "Debtor", and the living, breathing, flesh-and-blood man, known by the distinctive appellation Terry LeRoy Cassidy, hereinafter "Creditor".

For valuable consideration Debtor hereby expressly agrees and covenants, without benefit of discussion, that Debtor hold harmless and undertakes the indemnification of Creditor from and against any and all claims, legal actions, orders, warrants, judgements, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered/incurred by, as well as imposed on, Debtor for any reason, purpose, and cause whatsoever. Debtor does hereby and herewith expressly covenant and agree that Creditor shall not under any circumstances, nor in any manner whatsoever, be considered an accomadation party, nor a surety, for Debtor.

This Hold Harmless Indemnity Agreement No. TLC-062570-HHIA is in support of the UCC Financing Statement and Privacy Agreement between the Debtor and the Creditor.

Debtor:   TERRY LEROY CASSIDY

TERRY LEROY CASSIDY
Debtor's Signature
Creditor Accepts Debtor's signature in accord with UCC §§1-207(39), 3-401(b)

*Terry LeRoy Cassidy Agent*
Credit's Signature

Autograph Common Law Copyright 2004 by Terry LeRoy Cassidy.  All Rights Reserved.

Exhibit (C)