Shirl Anne Cassidy (Hale)
2450 Laurelhurst Drive
Eugene, Oregon 97402

[ A F F I D A V I T   O F   S H I R L   A N N E   C A S S I D Y   ( H A L E ) ]

I, Shirl Anne Cassidy (Hale), swear under the penalties of perjury, that the following statements are true, correct and complete, to the best of my firsthand knowledge.

Regarding the Birth Certificate of my son, Terry Leroy Cassidy, and my signature as an "informer". It was never my intent by my signature to establish my son was a "Human Resource", "Human Capital", 'property", "corporate entity", or an "Artificial entity".

It was my intent, and understanding, at the time I signed the aforementioned document, that I was establishing recordation and acknowledgement of the live "natural birth" of my son, as a "flesh-and-blood child", American Sovereign Citizen of California State, having full rights-immunities guaranteed to the citizens of the several States of the Union, party to the Constitution.

I, hereby revoke any authority, for my signature being used forany other purpose other than what I had intended it to be used for. And most specifically, any use attempting to establish my son as "property" of, or a "possession" of, the Federal Government.

The statements set forth herein are true, the truth, the whole truth, and nothing but the truth, correct, complete and certain, so help me God, as stated to the best of my knowledge and understanding.

Dated: 10/30/04     Signed: _Shirl Anne Cassidy Hale_
                            Shirl Anne Cassidy (Hale)

Dated: Oct/30/04    Signed: _Larry E Hale_
                            Witness

Dated: OCT 30/04    Signed: _Raul Dela Cruz_
                            Witness

Dated: Oct 30-04    Signed: _Jim Lamb_
                            Witness

Exhibit (D)