| | | | |
|---|---|---|---|
| STATE FILE NO. | FILED AUG 8 1952 NAME B. BEATTY, COUNTY RECORDER | REGISTRATION 1972 DISTRICT NO. | REGISTRAR'S NUMBER 25340 |
| | CERTIFICATE OF LIVE BIRTH | | |
| | STATE OF CALIFORNIA — DEPARTMENT OF PUBLIC HEALTH | | |

**THIS CHILD**
- 1A. CHILD'S FIRST NAME: Terry
- 1B. MIDDLE NAME: Le Roy
- 1C. LAST NAME: Cassidy
- 2. SEX: Male
- 3A. THIS BIRTH, SINGLE, TWIN, OR TRIPLET: Single
- 3B. IF TWIN OR TRIPLET, THIS CHILD BORN 1ST, 2ND, 3RD: —
- 4A. DATE OF BIRTH—MONTH, DAY, YEAR: June 25, 1952
- 4B. HOUR: 10:45 a.

**PLACE OF BIRTH**
- 5A. COUNTY: Los Angeles
- 5B. CITY OR TOWN: Torrance
- 5C. FULL NAME OF HOSPITAL OR INSTITUTION: Los Angeles County Harbor General Hospital
- 5D. ADDRESS: 1124 West Carson Street

**USUAL RESIDENCE OF MOTHER**
- 6A. STATE: California
- 6B. COUNTY: Los Angeles
- 6C. CITY OR TOWN: Compton 03-33
- 6D. STREET OR RURAL ADDRESS: 4106 East Myrrh Street

**MOTHER OF CHILD**
- 7A. MAIDEN NAME OF MOTHER—FIRST NAME: Shirley
- 7B. MIDDLE NAME: Anne
- 7C. LAST NAME: Sperry
- 8. COLOR OR RACE OF MOTHER: White
- 9. AGE OF MOTHER (AT TIME OF THIS BIRTH): 16
- 10. BIRTHPLACE (STATE OR FOREIGN COUNTRY): Illinois
- 11. MAILING ADDRESS OF MOTHER: —

**FATHER OF CHILD**
- 12A. NAME OF FATHER—FIRST NAME: Michael
- 12B. MIDDLE NAME: David
- 12C. LAST NAME: Cassidy
- 13. COLOR OR RACE OF FATHER: White
- 14. AGE OF FATHER (AT TIME OF THIS BIRTH): 20
- 15. BIRTHPLACE (STATE OR FOREIGN COUNTRY): Kentucky
- 16. USUAL OCCUPATION: Seaman
- 16A. KIND OF BUSINESS OR INDUSTRY: U. S. Navy

**INFORMANT'S CERTIFICATION**
- 17A. SIGNATURE OF PARENT OR OTHER INFORMANT: [signature]
- 17B. DATE SIGNED BY PARENT OR OTHER INFORMANT: June 27, 1952

**ATTENDANT'S CERTIFICATION**
- 18A. SIGNATURE OF ATTENDANT: [signature]
- 18B. KIND OF ATTENDANT: Harbor General Hospital, Torrance

**REGISTRAR'S CERTIFICATION**
- 19. DATE RECEIVED BY LOCAL REGISTRAR: JUL 1 1952
- 20. SIGNATURE OF LOCAL REGISTRAR: [signature]

I HEREBY CERTIFY THAT IF IMPRESSED WITH THE SEAL OF LOS ANGELES COUNTY RECORDER, THIS IS A TRUE COPY OF THE PERMANENT RECORD FILED OR RECORDED IN THIS OFFICE.

DATE SEP 1 0 1958       FEE $1.00       [signature] COUNTY RECORDER
LOS ANGELES COUNTY, STATE OF CALIFORNIA

Exhibit (E)