COMMERCIAL AFFIDAVIT AND
CERTIFICATE OF SOVEREIGN STATUS

This certified document establishes the Sovereign Status of the Terry Le Roy Cassidy, who goes by the appellation Terry-Le Roy, family of Cassidy.  I, me, myself Terry Le Roy Cassidy, am over the age of twenty-one, and competent to testify to the facts stated herein.  These facts are stated under the penalties of perjury under the laws of the <u>u</u>nited States of America, without the United States, and are true, correct and complete, to the best of my firsthand knowledge and belief.

1. I was born in America.

2. I was born in California State Republic.

3. I have always been an inhabitant of a Common Law State of the Union.

4. I was born with "Common Law" birthrights via the Organic Laws, i.e. Northwest Ordinance, Magna Carta, Declaration of Independence, Organic Constitution of 1787, Bill of Rights-Amendments 1-10, and the Holy Scriptures.

5. I am not a habitant, citizen or resident of the United States, to include it's territories of insular possessions.

6. I am not a "citizen of the United States".

7. I am defined as an "alien" in United States law.

8. I revoke any and all quasi/adhesion and implied consent contracts that have been previously used to establish "citizenship of the United States", for no disclosure and fraud.

9. I revoke any and all quasi/adhesion implied consent contracts that have been previously used to establish any nexes between myself and any agency or instrumentality of the United States, to include the Federal Government of the United States, for no disclosure and fraud.

10. See attached affidavit of the natural mother, marked exhibit (D) establishing the Sovereign birth of the natural child.

State of Colorado   )
                    ) ss
County of Jefferson )

All Rights Reserved Without Prejudice
UCC 1-207

by: *Terry Le Roy Cassidy, Agent*
Terry-Le Roy: Cassidy, Sui Juris

*Sharon A. McKinney*
Notary

Date: 4-04-06

Commission Expires: 4-14-08

AARON A. McKINNEY
NOTARY PUBLIC
STATE OF COLORADO
Seal

Exhibit (F)