## PROOF OF PUBLICATION
## (2015.5 C.C.P.)

STATE OF CALIFORNIA
County of San Diego:

I am a citizen of the United States and resident of the County aforesaid; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer of the

**Imperial Beach and South County
EAGLE & TIMES
1223 Palm Avenue, Imperial Beach 91932**

a newspaper of general circulation, printed and published

**Weekly**

in the City of Imperial Beach, and the Imperial Beach Judicial District, County of San Diego, and which newspaper of general circulation by the Superior Court of San Diego, State of California, under the date of December 10, 1991, case number 644454, that the notice, of which the annexed is a printed copy (set in type not smaller than nonpareil), has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to wit

## December 9, 16, 23 and 30

all in the year 2004

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at Coronado, CA 92118

This **30th** day of **December, 2004**

Signature [signed]

Proof of Publication of:

Exhibit (K)