In Care of:
Federal Correctional Institution
9595 West Quincy Avenue
Littleton, CO 80123
Terry-Le Roy: Cassidy, Sui Juris

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-02-00133-ER |
| | ) | |
| | ) | CERTIFICATE OF SERVICE |
| | ) | MOTION TO VACATE JUDGEMENT IS VOID |
| vs. | ) | Rule 60 (b) (4) |
| | ) | |
| TERRY LEROY CASSIDY, | ) | |
| | ) | |
| Defendant. | ) | SPECIAL VISITATION |
| | ) | |

CERTIFICATE OF SERVICE

I certify that I placed in the United States Mail a true, correct and complete copy of the MOTION TO VACATE JUDGEMENT IS VOID/JUDGEMENT IS VOID, sent to the parties listed below, addressed as follows:

UNITED STATES DISTRICT COURT
c/o Clerk of the Court
300 Ala Moana Blvd.
Honolulu, HI 96850

UNITED STATES ATTORNEY'S OFFICE
c/o Clare Connors
300 Ala Moana Blvd. Rm 6-100
Honolulu, HI 96850

Dated: April 7, 2004

All Rights Reserved Without Prejudice UCC 1-207
by: _____
Terry-Le Roy: Cassidy, Sui Juris
Authorized Representative