IN CARE OF:
Federal Correctional Institution
9595 West Quincy Ave.
Littleton, CO. 80123
Terry Cassidy 32192-013

United States District
c/o ~~Court~~ Clerk of the
300 Ala Moana Bl
Honolulu, HI 96

LEGAL MAIL

Leroy Hall
Federal [illegible] Institute
[illegible]
Lompoc, CA [illegible]