Dear Clerk,

CR 02-00133 ER

    Please return one copy file stamped and address in accord with this Notice.

                    Thank You!

RECEIVED
CLERK U.S. DISTRICT COURT

APR 17 2006

DISTRICT OF HAWAII