In Care of:
Federal Correctional Institution
9595 West Quincy Avenue
Littleton, CO 80123
Terry-Le Roy: Cassidy
In Propria Persona Sui Juris

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case # CR-02-00133-ER |
| | ) | |
| Plaintiff, | ) | AFFIDAVIT IN SUPPORT OF |
| | ) | MOTION FOR ENTRY OF DEFAULT |
| vs. | ) | FRCivP Rule 55(a) |
| | ) | |
| TERRY LEROY CASSIDY, | ) | SPECIAL VISITATION |
| | ) | |
| Defendant. | ) | |

AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT

COMES NOW, Terry-Le Roy: Cassidy, In Propria Persona Sui Juris, by and on behalf of the defendant debtor, TERRY LEROY CASSIDY, and avers the following:

1. Affiant served a copy of the documents entitled - NOTICE OF MOTION TO VACATE JUDGEMENT IS VOID; MOTION TO VACATE JUDGEMENT IS VOID; AFFIDAVIT IN SUPPORT OF MOTION TO VACATE JUDGEMENT IS VOID, upon the Plaintiff and the Court, cited in this caption, with a CERTIFICATE OF SERVICE dated April 7, 2006, causing these documents to be filed in the above cited court, on or about April 11, 2006.

2. Aforementioned documents establish the Plaintiff did not possess and did not establish "territorial jurisdiction" within which to bring a charge against the defendant, thereby, prejudicing the defendant with the illegal and unconstitutional restraint upon his freedom and liberty.

3. Plaintiff has failed to respond or defend the above entitled Motion, which extremely prejudices the defendant as aforementioned. Plaintiff has failed to rebut the affidavit attached to said Motion. Plaintiff needs to have "entry of default" entered against the Plaintiff so as encourage the Plaintiff to defend/respond.

(1)
Affidavit in Support of Motion for Entry of Default

4. Plaintiff has not requested for an extention of time to respond with good cause shown, nor requested for an extention at all.

5. Plaintiff has failed to defend, and appears they are not going to.

I declare under penalty of perjury under the laws of the United States of America, without the United States, that the foregoing is true, correct and complete, stated to the best of my firsthand knowledge.

Dated: June 7, 2006

All Rights Reserved Without Prejudice UCC 1-207
by: *[signature] Terry LeRoy Cassidy Agent*
Terry-Le Roy: Cassidy, Sui Juris
Authorized Representative of:
TERRY LEROY CASSIDY

(2)
Affidavit in Support of Motion for Entry of Default