In Care of:
Federal Correctional Institution
9595 West Quincy Avenue
Littlton, CO 80123
Terry-Le Roy: Cassidy
In Propria Persona Sui Juris

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case # CR-02-00133-ER |
| ) | |
| Plaintiff,      ) | CERTIFICATE OF SERVICE |
| ) | |
| vs.      ) | SPECIAL VISITATION |
| ) | |
| TERRY LEROY CASSIDY,      ) | |
| ) | |
| Defendant.      ) | |

CERTIFICATE OF SERVICE

I certify that I placed in the United States mail, postage prepaid, a true, correct and complete copy of the documents entitled, NOTICE OF MOTION OF ENTRY OF DEFAULT; MOTION OF ENTRY OF DEFAULT; AFFIDAVIT IN SUPPORT OF MOTION OF ENTRY OF DEFAULT, sent to the parties listed below, addressed as follows:

United States District Court
District of Hawaii
Clerk of the Court
300 Ala Moana Blvd.
Honolulu, HI 96850

United States Attorney's Office
C/O Clare Connors
300 Ala Moana Blvd. Rm 6-100
Honolulu, HI 96850

Dated: June 7, 2006

All Rights Reserved
Without Prejudice UCC 1-207

by: *Terry Le Roy Cassidy, Agent*
Terry-Le Roy: Cassidy, Sui/Juris
Authorized Representative of:
TERRY LEROY CASSIDY

(1)

Certificate of Service