

Legal Mail

CHAE O[...]
[...] West Quincy Avenue
[...], Co 80[?]3
Cassidy 38192-073

United States District Court
District of Hawaii
Clerk of the Court
300 Ala Moana Blvd.
Honolulu, HI 96850

Legal Mail