In Care of:
Federal Correctional Institution
9595 West Quincy Avenue
Littleton, CO 80123
Terry-Le Roy: Cassidy
In Propria Persona Sui Juris

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 27 2006

at __4__ o'clock and __19__ min __A__ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,           )   CIVIL NO. 05-00677-ER-LEK
                                    )   CRIMINAL- CR-02-00133-ER
            Plaintiff,              )
                                    )   MOTION FOR RELIEF FROM JUDGEMENT
       vs.                          )   OR ORDER PURSUANT TO RULE 60(a)(b)
                                    )   FEDERAL RULES OF CIVIL PROCEDURE
TERRY LEROY CASSIDY,                )
                                    )
            Defendant,              )
_____)

MOTION FOR RELIEF FROM JUDGEMENT
OR ORDER PURSUANT TO RULE 60 (A) FEDERAL RULES CIVIL PROCEDURE

   COMES NOW, Terry-Le Roy: Cassidy, In Propria Persona Sui Juris, by

and on behalf of the Corporate Debtor Defendant, TERRY LEROY CASSIDY, and

moves this Court to correct "clerical mistakes" in the records, per Rule 60(a)(b)

in the Federal Rules of Civil Procedure.

   1.)   The first clerical mistake or inadvertence that needs to be corrected
         is the issue of "conditions of probation", the submitting to DNA tests
         and the registration with the State's sex offender program.

         Neither of these conditions were given by Judge Rafeedie.  You cannot
         create an ex post facto law.  You can not say, "the defendant had a
         sex crime twenty-five years ago, so now, twenty-five years later we
         want him to submit to registration and DNA testing."  This is unlawful.
         Judge Rafeedie was very specific on this issue when he stated, "only if
         there is already a imposition of registration from the State."  There
         has never been any imposition of registration from any State, therefore,
         the Probation Department cannot depart from the Judge's Order and
         create their own laws and requirements.

(1)

RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 27 2006

DISTRICT OF HAWAII

The first page and second page of the Court Docket incorrectly cite these probationary conditions, as well as the page 44 of the Court's Docket of the minutes imposing sentencing. Additionally, all of the documents of the custodian of Terry-Le Roy: Cassidy, cite these bogus conditions.

It appears from the record, that someone has taken it upon themselves the create conditions the Judge did not create. All parties of interest were present and heard the Judge's rulings, therefore, all are aware of the facts. Additionally, I have written each of them, and made them fully aware of this condition, therein providing the opportunity to correct this "Mistake" without the need for the Court's time in entertaining a motion.

2. On page 25 of 49 of the Court's Docket, (section 403) it makes reference that all defendant's entered Pleas of NOT GUILTY. This is in error, Terry-Le Roy: Cassidy was never asked to plea in that hearing unlike all others. He did not enter a plea of not guilty, nor any other type of plea. These assertions are incorrect and very misleading.

3. The first page of the Docket refers to Terry Leroy Cassidy proceeding Pro Se. This is incorrect. At no time did I request to proceed Pro Se. In the Motion to represent myself, I specifically cite I will be proceeding Sui Juris and not Pro Se. This Motion was granted, and any and all references to Pro Se thereafter, are in error.

## DECLARATION

I declare under the penalty of perjury under the laws of the United States of America, without the United States, that the foregoing is true, correct and complete to the best of my firsthand knowledge.

## RELIEF

For these probationary conditions to be removed from the records and the probation department, as well as the custodian be informed of this correction. And, for the issues of "Pro Se" to be removed from the records and to correctly reflect "Sui Juris", and for the the Superceding Indictment Arraignment to correctly reflect I did not enter any plea.

Dated: June 22, 2006

All Rights Reserved
Without Prejudice UCC 1-207
by: *Terry Leroy Cassidy, Agent*
Terry-Le Roy: Cassidy, Sui Juris
Authorized Representative

(2)

In Care of:
Federal Correctional Institution
9595 West Quincy Avenue
Littleton, CO 80123
Terry-Le Roy: Cassidy
In Propria Persona Sui Juris

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL NO. 05-00677-ER-LEK |
| ) | CRIMINAL- CR-02-00133-ER |
| Plaintiff, ) | |
| ) | |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| TERRY LEROY CASSIDY, ) | |
| ) | |
| Defendant, ) | |
| ) | |

CERTIFICATE OF SERVICE

I certify that I put in the United States mail a True, Correct and Complete copy of the document entitled "MOTION FOR RELIEF FROM JUDGEMENT OR ORDER PURSUANT TO RULE 60(a)(b) FEDERAL RULES OF CIVIL PROCEDURE" sent to the parties listed below, addressed as follows:

United State District Court
District of Hawaii
Clerk of the Court
300 Ala Moana Blvd.
Honolulu, HI 96850

Assistant United States Attorney
Clare E. Connors
300 Ala Moana Blvd.   Rm 6-100
Honolulu, HI 96850

Dated: June 22, 2006

All Rights Reserved
Without Prejudice UCC 1-207

by: *Terry Le Roy Cassidy, Agent*
Terry-Le Roy: Cassidy, Sui Juris

(1)



DENVER CO 802
23 JUN 2006 PM 9 L

1675 West Quincy Ave
Littleton, Co 80123
Terry Cressey 32192-013

United States District Court
District of Hawai'i
Clerk of the Court
300 Ala Moana Blvd.
Honolulu, HI 96850

Thomas Cypeout Kimmel
Federal Correctional Institution
9595 W. Quincy Avenue
Littleton, Colorado 80123

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 27 2006
DISTRICT OF HAWAII