In Care of:
FEDERAL CORRECTIONAL INSTITUTION
9595 West Quincy Avenue
Littleton, CO 80123
Terry-Le Roy: Cassidy
In Propria Persona Sui Juris

All Rights Reserved Without Prejudice UCC 1-207

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 02 2006

at 2 o'clock and 05 min P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case # CR-02-00133-ER |
| ) | Civil # 05-00677-ER-LEK |
| Plaintiff, ) | MOTION FOR DEFAULT JUDGEMENT |
| ) | |
| vs. ) | |
| ) | |
| TERRY LEROY CASSIDY, ) | BY RESTRICTED APPEARANCE |
| ) | AND SPECIAL VISITATION |
| Defendant. ) | |

MOTION FOR DEFAULT JUDGEMENT

COMES NOW, Terry-Le Roy: Cassidy, In Propria Persona Sui Juris, by and on behalf of the Corporate entity, TERRY LEROY CASSIDY, and moves this Court for a Default Judgement in the above entitled matter matter.

The Defendant, by and through its Authorized Representative, Terry-Le Roy: Cassidy, has filed a Rule 60 (b)(4) for lack of jurisdiction. This Motion manifests the Court lacked "Personal Jurisdiction" over the matter due to the fact "Personal Jurisdiction" must attach within the "Territorial Jurisdiction" of the United States. The Rule 60(b)(4) Motion alleges the District Court did not have "Territorial Jurisdiction" and that evidence was not entered upon the record, that proved the Defendant, nor any alleged co-conspirators, were in fact within the "Territorial Jurisdiction" of the United States.

Without territorial jurisdiction the judgement is void. A Judgement cannot be sustained without territorial jurisdiction.



Default Judgement

Additionally, the Court lacked subject matter jurisdiction, due to the fact, without proper service of process by, and upon, the proper parties, that they exist, are correct and are present, the Judgement is Void for Want of Jurisdiction. The proper party was not served in this instance.

1.) Rule 60 (b)(4) Motion filed April 17, 2006
2.) Plaintiff failed to Respond
3.) Motion of Entry of Default and Affidavit filed June 14, 2006
4.) Plaintiff failed to respond
5.) Hence, this Motion for Default Judgement

The Plaintiff in this instance has failed to prove its territorial jurisdiction on the record, it has failed to cite any contract it holds in due course compelling performance of the Defendant or Defendant's Authorized Representative. The Plaintiff has failed to respond to the original motion, failed to respond to the entry of default, and therefore, the unrebutted affidavit stands as truth in this instance. That truth being, the Plaintiff has not proven "territorial jurisdiction", "impersona jurisdiction" nor "subject matter jurisdiction". Without these matters being proven, the Court is in want of jurisdiction. Therefore, the Judgement is Void ab initio, and the Court has no discretion in this instance, it must vacate judgement.

## RELIEF

1.) Based upon the fact the Defendant has shown justifiable cause for Default Judgement it should be granted, and is herein requested.

2.) In the alternative, order the Plaintiff to rebut the allegation in the Rule 60 (b)(4) Motion by rebutting the Affidavit point for point under penalty of perjury, executed by a natural individual, making them commercially responsible for whatever they say.

3.) Discharge the instant case as justice requires.

4.) Any and all other relief the Court deems appropriate.

## DECLARATION

I swear under the penalty of perjury under the laws of the United States of America, that the foregoing is true, correct and complete to the best of my firsthand knowledge.

(2)

Default Judgement

All Rights Reserved Without Prejudice UCC 1-207

Dated: 7/19/06          by: _____
                             Terry-Le Roy: Cassidy, In Propria Persona Sui
                                                                     Juris

(3)

In Care of:
FEDERAL CORRECTIONAL INSTITUTION
9595 West Quincy Avenue
Littleton, CO 80123
Terry-LeRoy: Cassidy
In Propria Persona Sui Juris

All Rights Reserved Without Prejudice UCC 1-207

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TERRY LEROY CASSIDY,<br><br>        Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | Case No. CR-02-00133-ER<br>Civil # 05-00677-ER-LEK<br><br><br>CERTIFICATE OF SERVICE<br><br>BY RESTRICTED APPEARANCE<br>AND SPECIAL VISITATION |

CERTIFICATE OF SERVICE

I hereby certify that I placed in the United States mail, a true, correct and complete copy of the pleading entitled "MOTION FOR DEFAULT JUDGEMENT", sent to the parties listed below, addressed as follows:

United States District Court
District of Hawaii
Clerk of the Court
300 Ala Moana Blvd.
Honolulu, HI 96850

Clare Connors
Assistant United States Attorney
300 Ala Moana Blvd. Rm 6-100
Honolulu, HI 96850

Dated: 7/19/06

All Rights Reserved Without Prejudice UCC 1-207
by: _Terry-Le Roy: Cassidy, Agent_
Terry-Le Roy: Cassidy, In Propria Persona Sui Juris

(1)