In Care of:
FEDERAL CORRECTIONAL INSTITUTION
27072 Ballston Rd.
Sheridan, Oregon 97378-9601
Terry-Le Roy: Cassidy

Re: Change of Address

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 14 2006
DISTRICT OF HAWAII

CASE# CR-02-00133-ER

To Whom It May Concern;

    This memo is to inform all perties of interest of a change of address, regarding Terry-Le Roy: Cassidy.  The address of FEDERAL CORRECTIONAL INSTITUTION, Englewood, 9595 West Quincy Avenue, Littleton Colorado has been changed to the address cited above.

    Please take Notice, this memo has been sent to you because the entity cited above is being transferred from one Institution to another, and at this time has left the former.  Transfer may take a number of days, or a number of weeks.

    Copies of this memo have been sent to the following:

Circuit Court of the First Circuit, 777 Punchbowl St. Honolulu HI 96813

United States District Court, Dist. of Hawaii, 300 Ala Moana Blvd. Honolulu Hawaii  96850

Edric M. Ching, AUSA, 300 Ala Moana Blvd. Rm 6-100, Honolulu HI 96850

United States Court of Appeal in San Francisco

Alvin Nishimura, Attorney, Honolulu, HI

Supreme Court of Hawaii

Dated: _____  by: _____
                                  Terry-Le Roy: Cassidy, Sui Juris
                                  All Rights Reserved Without Prejudice UCC 1-207

(1)

IN CARE OF:
Federal Correctional Institution
9595 West Quincy Ave
Littleton CO 80123
Teddy Cassidy 32192-013

DENVER CO 802
10 AUG 2006 PM 1 T

United States District Court
Clerk of the Court
300 Ala Moana Blvd.
Honolulu, HI 96850

LEGAL MAIL

Federal Bureau of Prisons
Federal Correctional Institution
9595 W. Quincy Avenue
Littleton, Colorado 80123

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

LEGAL MAIL