In Care of:
FEDERAL CORRECTIONAL INSTITUTION
9595 West Quincy Avenue
Littleton, CO 80123
Terry-Le Roy: Cassidy

August 08, 2006

United States District Court
District of Hawaii
Clerk of the Court
300 Ala Moana Blvd.
Honolulu, HI 96850

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 14 2006
DISTRICT OF HAWAII

Re: Court Costs in Cause # CR-02-00133-ER

Dear Clerk of the Court,

    Please find enclosed payment of One Hundred Dollars in accordance with House Joint Resolution 192, being resubmitted for a second time to your office. Copies of the letter dated July 7, 2006 which contained the first submission of the Foreign Bill of Exchange is enclosed.  Additionally, is an Original Foreign Bill of Exchange.

    I have been informed from my contact Kathy Pridgen that your office shows no record of the first payment, and it was shared with me your office was unfamiliar with the "Foreign Bill of Exchange".  Briefly, HJR-192 makes it against Public Policy for anyone to demand any specific type of payment, and manifests an obligor must except legal tender of the day.  Our system is run on debt instruments, i.e. Federal Reserve Notes, Checks, Bill of Exchange, Warrants, Bonds, Promissory Notes, Cashier's Checks, etc, all of which are I.O.U's of one sort or another.  These are all considered legal tender of the day.  To refuse payment or not present the bill constitutes satisfaction of the court cost of one hundred dollars.  To demand a specific type of payment other than what you have received is against Public Policy as outlined in HJR-192.

    To help you in this process, fill in your bank's name and address in the section asking for- "Payee's Financial Institution".  Your banker can fill

(1)

in the necessary information also. He or she can also fill in the ABA routing number as well as the account number, sign it, date it, and forward it to the Secretary of the Treasury (Federal Window) in Washington D.C. as addressed on the bill.

The instructions and the terms of the instrument are outlined on the Foreign Bill of Exchange itself so as to help expedite.

Please acknowledge receipt of the Foreign Bill of Exchange upon receiving this correspondence by return mail, SASE enclosed, and by acknowledging the file in Cause # CR-02-00133-ER. Additionally, upon the Federal Window honoring or dishonoring the Foreign Bill of Exchange, please notify me within 15 days of such occurrence.

Please accept my apology for any confusion. Handle it much like a check, don't list it on your deposit sheet, but deposit it with your bank so they may process it.

Thank you in advance for your professionalism.

Dated: *August 8, 2006*    by: *Terry-Le Roy Cassidy, Agent*
Terry-Le Roy: Cassidy, Sui Juris
All Rights Reserved Without Prejudice
under UCC 1-207

(2)