In Care of:
FEDERAL CORRECTIONAL INSTITUTION
9595 West Quincy Avenue
Littleton, CO 80123
Terry-Le Roy: Cassidy

July 7, 2006

United States District Court
District of Hawaii
Clerk of the Court
300 Ala Moana Blvd.
Honolulu, HI 96850

Re: Court Costs in Cause # CR-02-00133-ER

Dear Clerk of the Court,

    Please find enclosed payment of One Hundred dollars in accordance with House Joint Resolution 192. Instructions are on the Registered Foreign Bill of Exchange for redemption at the "Federal Window".

    Please forward receipt of payment to the address cited at the top of the page. Please pay particular attention to the format to this address, any other format may constitute your correspondence being undeliverable.

    Thank you in advance for your professional service regarding this matter.

                              All Rights Reserved Without Prejudice UCC 1-207
                              by: _____
                              Terry-Le Roy: Cassidy, Authorized Representative