# *Registered Foreign Bill of Exchange*

Number TLC-062552-CRTFEE         July 7th, 2006

Drawer: Terry-Le Roy: Cassidy
Secured Party-Drawer/Agent

Drawee: Mr JOHN W. SNOW, SECRETARY OF THE TREASURY
DEPARTMENT OF THE TREASURY
(FEDERAL WINDOW)
1500 PENNSYLVANIA AVENUE N.W.
WASHINGTON, D.C. 20220

Payee: UNITED STATES DISTRICT COURT, District of Hawaii

**Pay to the Order of:** UNITED STATES DISTRICT COURT, District of Hawii
**The Sum of;** One hundred and no/100--------------------------------------------Dollars

The obligation of the acceptor, Secretary of the Treasury, through the authorized agent of Payee's financial institution, hereof arises out of the want of consideration for the pledge and by the redemption of the pledge under Public Resolution HJR-192 of 5 June 1933, now Public Law – represented by the attached banker's acceptance (payee claim, bill, invoice, indictment) bearing the invoice number 02-00133-ER for settlement and closure.

The Payee's financial institution is to accept this Registered Foreign Bill of Exchange, the Banker's Acceptance (payee claim) which is used as collateral per 2355.10 of the TFM along with the 1040E/TDI and the Actual and Constructive Notice (Notice of acceptance). The Payee's financial institution is to process these instruments through it's Treasury Tax and Loan account, credit the Payee's account, place a temporary hold on funds, sign and present the Registered Foreign Bill of Exchange, along with the 1040E/TDI, the Actual and Constructive Notice and the Bankers Acceptance (payee claim) directly via Certified or Registered mail, Return Receipt Requested to: Secretary of the Treasury, Department of the Treasury (Federal Window), 1500 Pennsylvania Ave. N.W. Washington, D.C. 20220. ATTN: UCC Contract Trust Department of the IRS/CCRA. Unless the Registered Foreign Bill of Exchange is dishonored in writing within (15) days of receipt by the Secretary of the Treasury then Payee's financial institution is to release the hold on the payee's funds following the time stipulated by Regulation Z, Truth in Lending Act.

**NOTICE: THE LAW RELATING TO PRINCIPAL AND AGENT APPLIES.**

Payee's Financial Institution _____

Payee's ABA routing # _____   Account # _____

By: _____
Agent for Direct Presentment, Bank employee and Title

DATE SIGNED for PRESENTMENT _____ Day of _____,

Drawee: _____      Drawer: *[signature]*
Secretary of the Treasury              Authorized Agent
or Authorized Agent                    Employer Id. #40-5764884
                                       Pre-Paid Exchange – Preferred Stock
                                       Priority – Exempt from Levy