RECEIVED
CLERK U.S. DISTRICT COURT
AUG 14 2006
DISTRICT OF HAWAII

In Care of:
FEDERAL CORRECTIONAL INSTITUTION
9595 West Quincy Avenue
Littleton, CO 80123
Terry-Le Roy: Cassidy 32192-013

United States District Court
District of Hawaii
Clerk's Office
300 Ala Moana Blvd.
Honolulu, HI 96850