# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: April 27, 2007

To: United States Court of Appeals     Attn: ( )    Civil
     For the Ninth Circuit
     Office of the Clerk                         (✓)    Criminal
     95 Seventh Street
     San Francisco, California 94103     ( )    Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:    CR 02-00133ER-BMK-05    Appeal No:    05-10641

Short Title:    U.S.A. vs. Terry Leroy Cassidy (05)

| | | |
|---|---|---|
| Clerk's Files in | 22 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 41 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #595

Acknowledgment: _____ Date: _____

cc: counsel