MOATT IN W/O
EMERG
i

INTERNAL USE ONLY: Proceedings include all events.
05-10641 USA v. Cassidy

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Clare E. Connors, Esq.<br>808/541-2850<br>Room 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S.<br>ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850<br><br>Alan Hechtkopf, Esq.<br>202/514-5396<br>[COR LD NTC gov]<br>Gregory V. Davis, Esq.<br>FAX 202/305-8687<br>202/514-5396<br>[COR LD NTC gov]<br>DOJ - U.S. DEPARTMENT OF JUSTICE<br>Tax Division/Appellate Section<br>P.O. Box 502<br>Washington, DC 20044 |
| v. | |
| TERRY LEROY CASSIDY, a/k/a<br>Shawn "Shawn Michaels"; a/k/a<br>Leroy Terry "Leroy Terry Hefley"<br>    Defendant - Appellant | Terry Leroy Cassidy<br>32192-013<br>[COR LD NTC prs]<br>FEDERAL CORRECTIONAL FACILITY<br>9595 West Quincy Ave.<br>Littleton, CO 80123<br><br>Alvin Kaohu Nishimura, Esq.<br>FAX 808/522-6530<br>808/522-6529<br>[COR LD NTC cja]<br>P.O. Box 4510<br>Kaneohe, HI 96744-8510<br><br>Barry D. Edwards, Esq.<br>FAX 808/988-2044<br>808/988-2005<br>[COR LD NTC cja]<br>2868 Kahawai St.<br>Honolulu, HI 96822<br><br>William A. Cohan, Esq.<br>FAX 858/550-9049<br>858-832-1632<br>[COR LD NTC ret]<br>WILLIAM A. COHAN PC<br>P.O. Box 3448 |

MOATTrAmVAfor
EMERG
i

INTERNAL USE ONLY: Proceedings include all events.
05-10641 USA v. Cassidy

Rancho Santa Fe, CA 92067

```
                                                              NOA TF ENV/IG
                                                                 EMERG
                                                                             i
INTERNAL USE ONLY: Proceedings include all events.
05-10663 USA v. Hardy

UNITED STATES OF AMERICA             Alan Hechtkopf, Esq.
     Plaintiff - Appellee            202/514-5396
                                     [COR LD NTC gov]
                                     Gregory V. Davis, Esq.
                                     FAX 202/305-8687
                                     202/514-5396
                                     [COR LD NTC gov]
                                     DOJ - U.S. DEPARTMENT OF
                                     JUSTICE
                                     Tax Division/Appellate Section
                                     P.O. Box 502
                                     Washington, DC 20044

     v.

ROYAL LAMARR HARDY                   Lynn E. Panagakos, Atty
     Defendant - Appellant           FAX 808/566-0347
                                     808/521-3336
                                     Second Floor
                                     [COR LD NTC cja]
                                     345 Queen St.
                                     Honolulu, HI 96813
```

MOATT IN/OUT
EMERG

i

INTERNAL USE ONLY: Proceedings include all events.
05-10664 USA v. Supnet, et al

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Clare E. Connors, Esq.<br>808/541-2850<br>Room 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S.<br>ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850<br><br>Alan Hechtkopf, Esq.<br>202/514-5396<br>[COR LD NTC gov]<br>Gregory V. Davis, Esq.<br>FAX 202/305-8687<br>202/514-5396<br>[COR LD NTC gov]<br>DOJ - U.S. DEPARTMENT OF<br>JUSTICE<br>Tax Division/Appellate Section<br>P.O. Box 502<br>Washington, DC 20044 |
| v. | |
| URSULA A. SUPNET, aka Ursula<br>Ann "Ursula Ann Sounet"<br>    Defendant - Appellant | William A. Cohan, Esq.<br>FAX 858/550-9049<br>858-832-1632<br>[COR LD NTC ret]<br>WILLIAM A. COHAN PC<br>P.O. Box 3448<br>Rancho Santa Fe, CA 92067 |

```
                                                       MOATT ENV AIC
                                                            EMERG
                                                                        i
INTERNAL USE ONLY: Proceedings include all events.
05-10722 USA v. Kailing

UNITED STATES OF AMERICA        Clare E. Connors, Esq.
     Plaintiff - Appellee       808/541-2850
                                Room 6-100
                                [COR LD NTC aus]
                                USH - OFFICE OF THE U.S.
                                ATTORNEY
                                PJKK Federal Building
                                300 Ala Moana Blvd.
                                P.O. Box 50183
                                Honolulu, HI 96850

                                Alan Hechtkopf, Esq.
                                202/514-5396
                                [COR LD NTC gov]
                                Gregory V. Davis, Esq.
                                FAX 202/305-8687
                                202/514-5396
                                [COR LD NTC gov]
                                DOJ - U.S. DEPARTMENT OF
                                JUSTICE
                                Tax Division/Appellate Section
                                P.O. Box 502
                                Washington, DC 20044


     v.

MICHAEL L. KAILING              Richard D. Gronna, Esq.
     Defendant - Appellant      FAX 808/521-4800
                                808/523-2441
                                Ste. 502
                                [COR LD NTC cja]
                                LAW OFFICES OF RICHARD D.
                                GRONNA
                                Haseko Center
                                820 Mililani St.
                                Honolulu, HI 96813
```

INTERNAL USE ONLY: Proceedings include all events.
05-10723 USA v. Ortiz

UNITED STATES OF AMERICA          Alan Hechtkopf, Esq.
    Plaintiff - Appellee         202/514-5396
                                  [COR LD NTC gov]
                                  Gregory V. Davis, Esq.
                                  FAX 202/305-8687
                                  202/514-5396
                                  [COR LD NTC gov]
                                  DOJ - U.S. DEPARTMENT OF
                                  JUSTICE
                                  Tax Division/Appellate Section
                                  P.O. Box 502
                                  Washington, DC 20044

  v.

FRED M. ORTIZ                     Barry D. Edwards, Esq.
    Defendant - Appellant        FAX 808/988-2044
                                  808/988-2005
                                  [COR LD NTC cja]
                                  2868 Kahawai St.
                                  Honolulu, HI 96822