# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: April 27, 2007

To: Judge DIARMUID F. O'SCANNLAIN
PIONEER COURTHOUSE
700 SW 6TH AVE., STE. 313
PORTLAND, OR 97204-1396

From: United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No:   CR 02-00133ER-BMK-05   Appeal No:   05-10641

Short Title:   U.S.A. vs. Terry Leroy Cassidy (05)

| | | |
|---|---|---|
| Clerk's Files in | 22 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)   docket # |
| Reporter's Transcripts | 41 | volumes  (✓) original  ( ) certified copy |
| Exhibits | | volumes  ( ) under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: #595

Acknowledgment: _W. Curtis_   Date: 5-1-07

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 28 2007
DISTRICT OF HAWAII